JAP:TF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LUIS ANGEL MUNOZ,

         Defendant.

- - - - - - - - - - - - - - - - -X

S U P P L E M E N T A L
<u>A F F I D A V I T</u>

(21 U.S.C. §§ 952(a)
 and 960)

12-M-538

EASTERN DISTRICT OF NEW YORK, SS:

       CHRISTOPHER CHEN, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.  This affidavit is submitted to supplement the complaint filed in this matter on June 5, 2012.

       Commencing on or about June 5, 2012, the defendant LUIS ANGEL MUNOZ passed a total of 94 pellets with a total gross weight of approximately 1,579.4 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant LUIS ANGEL MUNOZ be dealt with according to law.

S/ Christopher Chen
_____
Christopher Chen
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
18th day of June, 2012

__S/ Viktor Pohorelsky_____

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK